Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR DEFENDANT
OUTDOORSY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOHN BAI, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>OUTDOORSY, INC., and DOES 1-20, inclusive,<br><br>  Defendant. | Case No: 8:21-cv-502-CJC (JDEx)<br><br>**OUTDOORSY INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date: May 17, 2021<br>Time: 1:30 PM<br>Courtroom: 9B<br>Judge: Honorable Cormac J. Carney |

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on May 17, 2021 at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable J. Carney, in the United States District Court for the Central District of California at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701-4516, Defendant Outdoorsy, Inc. ("Outdoorsy") will, and hereby does, move the Court pursuant to 9 U.S.C. § 4 for an order to compel arbitration and to stay Plaintiff's claims pursuant to 9 U.S.C. § 3.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 8, 2021.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the accompanying Declaration of David Kwasniewski, and the Declaration of Richard Sanders (Dkt. No. 8), and all exhibits thereto, any matters of which this Court may take judicial notice, the files and records in this action and on such other written and oral argument as may be presented to the Court.

Dated: April 16, 2021

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
Matthew Borden
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210
*Attorneys for Defendant Outdoorsy, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2021, the foregoing Notice of Motion and Motion, as well as the accompanying Memorandum of Law in support of Outdoorsy's, Inc's Motion to Compel Arbitration, Declaration of David Kwasniewski, Declaration of Richard Sanders, and Proposed Order were filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

The foregoing documents were also served by mail on April 16, 2021 on all counsel or parties of record listed below.

Todd Friedman
2150 Oxnard Street, Suite 780
Woodland Hills, CA 91367
(323) 306-4234

/s/ Matthew Borden
Matthew Borden